UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


CODY R. BERTO,                                    Case No. 3:23-cv-00776-CL

      Petitioner,                                    JUDGMENT

    v.

PATRICK GARRETT, Sheriff, Washington County,

      Respondent.

_____

CLARKE, Magistrate Judge.

    Pursuant to Petitioner's Notice of Dismissal (ECF No. 4) filed on June 7, 2023, the Court

ORDERS that this action is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this ___8___ day of June, 2023.


                                      _____
                                      MARK D. CLARKE
                                      United States Magistrate Judge